IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALKESH PATEL,<br>    Plaintiff,<br><br>    v.<br><br>JOSEPH VACCARO, ESQUIRE, and<br>ERIE LAW CENTER,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-2963 |

# O R D E R

**AND NOW**, this 19th day of July, 2018, upon consideration of Plaintiff's Motion to Enter Default Judgment (Document No. 9, filed September 25, 2017) and Plaintiff Alkesh Patel's Memorandum of Law in Support of Motion to Enter Default Judgment (Document No. 12, filed January 29, 2018), and the evidence presented at a hearing on February 7, 2018, based on the attached Findings of Fact and Conclusions of Law, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, Alkesh Patel, and **AGAINST** defendants, Joseph Vaccaro and Erie Law Center, jointly and severally, in the total amount of $656,923, consisting of compensatory damages in the amount $556,923 and punitive damages in the amount of $100,000.

  **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

              **BY THE COURT:**

              /s/ Hon. Jan E. DuBois
              _____
                DuBOIS, JAN E., J.